**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD W. HOLCOMBE, JR., | : | |
| Individually and as Administrator | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| QUEST DIAGNOSTICS, INC., et al. | : | |
|     Defendants/Third-Party Plaintiffs | : | NO. 08-570 |
| | : | |
| v. | : | |
| | : | |
| ABINGTON MEMORIAL HOSPITAL, et al., | : | |
|     Third-Party Defendants | : | |

## <u>ORDER</u>

**AND NOW**, this __8th__ day of December 2009, it is **ORDERED** that:

1.    Third-Party Defendants Abington Memorial Hospital and Dr. R. T. Goldhahn,

Jr.'s Motion to Disqualify (Doc. # 68) is **DENIED.**

2.    Feldman & Pinto shall adopt the written screening protocol described in my

December 8, 2009 Memorandum.

3.    Plaintiff's Motion to Vacate the order suspending depositions (Doc. # 72) is

**GRANTED.**


s/Anita B. Brody

   _____

   ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: